# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Keevin Lashawn Hinton

Case No. Civil 00-708 JMR/JGL

v.

**JUDGMENT IN A CIVIL CASE**

Lou Stender, Warden

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

1. Petitioner's motion to voluntarily dismiss this action is granted;

2. Petitioner's motion for the clerk of court to be directed to send petitioner a copy of his petition is granted; and

3. Petitioner's motion for the return of his filing fee is denied.

DATE: August 15, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

(10)